UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Roger W. Keltee, 1:17-cv-00303 Jodi Lanzer, 1:17-cv-00069 Chester Papierski, 1:17-cv-00434 Cassandra Ross, 1:16-cv-02385 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION**

On January 15, 2025, the court issued the Third Amended Order on Notice of Noncompliance: Second Amended Case Categorization Forms (CMO-33). (Filing No. 26395). The cases filed by Plaintiffs listed above were dismissed pursuant to the Third Amended Order. Plaintiffs now move the court to reconsider the Third Amended Order because a filter was blocking email correspondence regarding their cases to Plaintiffs' counsel. The Cook Defendants filed no objection. Accordingly, Plaintiffs' Motion for Reconsideration (Filing No. 26453) is **GRANTED**.

**SO ORDERED** this 3rd day of June 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.